```
 1  JERRY S. BUSBY
    Nevada Bar #001107
 2  COOPER LEVENSON, P.A.
    6060 Elton Avenue – Suite A
 3  Las Vegas, Nevada 89107
    (702) 366-1125
 4  FAX: (702) 366-1857
    jbusby@cooperlevenson.com
 5
    Attorneys for Defendant
 6  SMITH'S FOOD & DRUG CENTERS, INC.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGG R. GIUFFRIA | CASE NO. 2:14-cv-01252-JAD-GWF |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC.; ROE CORPORATIONS I-X; DOES XI-XX; ROE MAINTENANCE CORPORATION XXI-XXV; and, DOE EMPLOYEES XXVI-XXX, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, the parties and their respective counsel participated in a private mediation on January 26, 2015 after which the parties were able to agree upon a settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between DAVID M. MOORE, ESQ. of the law firm EDWARD M. BERNSTEIN & ASSOCIATES, Attorneys for Plaintiff GREGG R. GIUFFRIA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that all claims herein of Plaintiff

///
///
///
///
///
///

CLAC 2860266.1

GREGG R. GIUFFRIA against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 17th day of February, 2015.

| EDWARD M. BERNSTEIN & ASSOCIATES | COOPER LEVENSON, P.A. |
|---|---|
| /s/David M. Moore | /s/Jerry S. Busby |
| DAVID M. MOORE, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 006922 | Nevada Bar No. 001107 |
| 500 South Fourth Street | 6060 Elton Avenue – Suite A |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89107 |
| (702) 471-5735 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| GREGG R. GIUFFRIA | SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: February 19, 2015.

_____
UNITED STATES DISTRICT JUDGE

CLAC 2860266.1